IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CRAIG KROMREY and GREGORY MILLER, *on behalf of themselves and all similarly situated individuals,* | : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 3:24-cv-575 |
| CAPITAL ONE, N.A., | : : : |
| Defendant. | : |

**PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, on behalf of themselves and the Settlement Class Members, and under Fed. R. Civ. P. 23, hereby move the Court for preliminary approval of the class action settlement for the reasons outlined in their contemporaneously filed memorandum of law. The proposed Settlement Agreement (which includes a proposed preliminary approval order) is attached as Exhibit 1.

Respectfully submitted,

**PLAINTIFFS**

　　*/s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

Eleanor Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone:  (612) 594-5999
Facsimile:  (612) 584-4470
Email:  emdrake@bm.net
Email:  jhashmall@bm.net

*Counsel for Plaintiffs*