IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CRAIG KROMREY and GREGORY MILLER, *on behalf of themselves and all similarly situated individuals,* : : : : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 3:24-cv-575 (REP) |
| : | |
| CAPITAL ONE, N.A., : | |
| Defendant. : | |

**NOTICE OF FILING OF AMENDED EXHIBIT B**
**TO CLASS ACTION SETTLEMENT AGREEMENT AT ECF NO. 50-1**

Plaintiffs, through counsel, and at the Court's direction as ordered at the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement on November 17, 2025, file the attached to replace Exhibit B to the filing at ECF No. 50-1.

Respectfully submitted,

**PLAINTIFFS**

　　　*/s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

Eleanor Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)

1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
Email: emdrake@bm.net
Email: jhashmall@bm.net

*Counsel for Plaintiffs*

2